# Sixth District Court of Appeal
## State of Florida

_____

Case No. 6D23-2538
Lower Tribunal Nos. 2022-GA-000219 and 2022-MH-002595

_____

Christine J. Lomas,

Appellant,

v.

In Re: Peter Pappas, an alleged incapacitated person, and George Pappas, emergency temporary guardian,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Alice L. Blackwell, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and BROWNLEE, JJ., concur.

Christine Lomas, of LomasLaw, P.A., Winter Park, pro se.

Brandon Tyson, of Tyson Law Firm, LLC, Winter Park, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED